Joseph K. Powers (Admitted *pro hac vice*)
Andrew T. Houghton (Admitted *pro hac vice*)
Jeffrey W. Dillon (JD 5894)
SEDGWICK LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400
Telephone: (212) 422-0202
Facsimile: (212) 422-0925

Attorneys for Defendants
Westchester Fire Insurance Company and
ACE Westchester Specialty Group

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES MINERAL PRODUCTS COMPANY, d/b/a ISOLATEK INTERNATIONAL,<br><br>Plaintiff,<br><br>v.<br><br>WESTCHESTER FIRE INSURANCE COMPANY and ACE WESTCHESTER SPECIALTY GROUP,<br><br>Defendants | CIVIL ACTION NO.: 11-CV-05280<br><br>The Hon. William J. Martini, U.S.D.J.<br><br><u>DOCUMENT SENT VIA E-MAIL</u><br><u>PER LOCAL RULE 5.2,</u><br><u>PARAGRAPH 15</u> |

### AFFIDAVIT OF JEFFREY W. DILLON
### REGARDING TECHNICAL FAILURE OF CM/ECF WEB SITE

STATE OF NEW YORK     }
                                              ss:
COUNTY OF NEW YORK  }

      I, Jeffrey W. Dillon, depose and say:

1

NY/753401v1

1. I am an attorney admitted to practice law before the courts of the State of New Jersey, including the United States District Court for the District of New Jersey, and I am an associate with the firm Sedgwick LLP, counsel for Defendants, Westchester Fire Insurance Company and Ace Westchester Specialty Group ("WFIC").

2. I submit this Affidavit pursuant to Local Federal Rule of Civil Procedure 5.2, Paragraph 15 regarding the technical failure of the United States District Court for the District of New Jersey's CM/ECF web site.

3. On October 12, 2011, at approximately 6:15 p.m., I attempted to serve WFIC's opposition to plaintiff's application for an order to show cause. However, the District Court's CM/ECF web site did not load.

4. I repeatedly attempted to access the District Court's CM/ECF web site during the period from 6:15 p.m. until 7:45 p.m. without success.

5. Pursuant to Local Federal Rule of Civil Procedure 5.2, Paragraph 15 the District Court's CM/ECF web site is in a state of technical failure.

6. Pursuant to Local Federal Rule of Civil Procedure 5.2, Paragraph 15, I am making service of Defendants' Memorandum of Law in Opposition to Plaintiff's Application for a Preliminary Injunction, Certification of Danielle N. Batchelor, and Certification of Martin J. O'Leary with attached exhibits via the alternative method of e-mail delivery as a PDF attachment to ecfhelp@njd.uscourts.gov.

7. I am including as a copied party on the e-mail counsel for plaintiff, Stephen H. Weisman, Esq. of McCarter & English, LLP, Four Gateway Center, 100 Mulberry Street, Newark, New Jersey 07101-4096, Telephone: (973) 622-4444, at the following address: sweisman@mccarter.com.

8. In addition, I am sending a separate e-mail containing the materials listed in Paragraph 6 above, in PDF format, directly to Stephen H. Weisman, Esq. and Craig W. Davis, Esq. at sweisman@mccarter.com and cdavis@mccarter.com.

      I declare under penalty of perjury that the foregoing is true and correct.

                Executed on October 12, 2011

                _____
                Jeffrey W. Dillon (JD5894)
                SEDGWICK LLP
                Attorneys for Defendants
                125 Broad Street, 39th Floor
                New York, New York 10004
                Telephone (212) 422-0202
                Facsimile (212) 422-0925