**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, New Jersey 07101-0652
(973) 622-4444
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------- X

| | |
|---|---|
| UNITED STATES MINERAL PRODUCTS COMPANY, d/b/a ISOLATEK INTERNATIONAL, | : |
| Plaintiff, | : |
| vs. | : Civil Action No. 11-cv-05280 (WJM) |
| WESTCHESTER FIRE INSURANCE COMPANY and ACE WESTCHESTER SPECIALTY GROUP | : |
| Defendants. | : |
| | : |

**ENTRY OF APPEARANCE**

Kindly enter the appearance of Craig W. Davis of McCarter & English, LLP as counsel on behalf of Plaintiff United States Mineral Products Company, d/b/a Isolatek International in the above-captioned case.

**McCARTER & ENGLISH, LLP**

By:  s/ *Craig W. Davis*
  Craig W. Davis
  **McCARTER & ENGLISH LLP**
  Four Gateway Center
  100 Mulberry Street
  Newark, New Jersey  07102
  (973) 639-7996
  cwdavis@mccarter.com

Dated: October 13, 2011

ME1 12386942v.1