**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, New Jersey 07101-0652
(973) 622-4444
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------- X
UNITED STATES MINERAL PRODUCTS :
COMPANY, d/b/a ISOLATEK
INTERNATIONAL, :

Plaintiff, :

vs. :
                                      Civil Action No. 11-cv-05280 (WJM)
WESTCHESTER FIRE INSURANCE
COMPANY and ACE WESTCHESTER :
SPECIALTY GROUP
      :
Defendants.
      :

      :

### ENTRY OF APPEARANCE

Kindly enter the appearance of Lisa S. Bonsall of McCarter & English, LLP as counsel on behalf of Plaintiff United States Mineral Products Company, d/b/a Isolatek International in the above-captioned case.

                                                                  **McCARTER & ENGLISH, LLP**

                                            By:    <u>s/ *Lisa S. Bonsall*</u>
                                                         Lisa S. Bonsall
                                                         **McCARTER & ENGLISH LLP**
                                                          Four Gateway Center
                                                         100 Mulberry Street
                                                         Newark, New Jersey 07102
                                                         (973) 639-2066
                                                         lbonsall@mccarter.com

Dated: October 13, 2011

ME1 12388577v.1