UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

United States Mineral Products
Company, d/b/a Isolatek International,
    Plaintiff(s)                :    Civil Action No.  11-CV-05280

v.                             :

Westchester Fire Insurance Company and
Ace Westchester Specialty Group,
    Defendant(s)            :

**REQUEST BY LOCAL COUNSEL FOR
PRO HAC VICE ATTORNEY
TO RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), <u>has been paid</u> to the Clerk of the Court.

_____
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name:    Andrew T. Houghton

Address:    Sedgwick LLP

125 Broad Street, 39th Floor

New York, NY 10004

e-Mail:    andrew.houghton@sedgwicklaw.com
(one email address only)

Instructions for **LOCAL COUNSEL** for filing:

1. Select the Case Type (Civil) from the menu bar at the top of your screen.
2. Click on **Notices**.
3. Select the event, **Notice of Pro Hac Vice to Receive NEF**.
4. Enter the case for which the Request is being filed.
5. Select the PDF document to file.
6. Proofread the docket text.
7. Submit the Request to ECF by clicking the **NEXT** button.