

**McCARTER & ENGLISH**
ATTORNEYS AT LAW

November 23, 2011

**BY CM/ECF AND OVERNIGHT MAIL**

Honorable William J. Martini
United States District Judge
U.S. District Court, District of N.J.
Room 4076
Martin Luther King Building & US Courthouse
50 Walnut Street
Newark, NJ 07102

Steven H. Weisman
Partner
T. 973.848.5332
F. 973.297.3744
sweisman@mccarter.com

Re: *United States Mineral Products Company, d/b/a Isolatek International v. Westchester Fire Insurance Company and ACE Westchester Specialty Group*, Civil Action No. 2:11-cv-05280-WJM

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

Dear Judge Martini:

We represent United States Mineral Products Company ("USM").

We write on behalf of USM and Westchester Fire Insurance Company (with its counsel's permission) to advise the Court that a settlement in principle has been reached in the underlying liability action, which should, when final, obviate the need to continue the referenced proceeding. The parties, therefore, respectfully request that the hearing on the Order to Show Cause, currently scheduled for December 1, 2011, be adjourned for sixty (60) days to provide sufficient time to fully and finally resolve the underlying liability action. We believe this will ensure that the parties will not waste Your Honor's time or the Court's resources. We will notify the Court, as appropriate, when the aforementioned settlement has been finalized and whether the parties hereto will consent to a dismissal of this proceeding.

BOSTON

HARTFORD

Thank you for the Court's courtesies. If Your Honor has any questions, counsel are available to discuss at your convenience.

NEW YORK

Respectfully submitted,

NEWARK

PHILADELPHIA

/s/   Steven H. Weisman

Steven H. Weisman

STAMFORD

cc:   Honorable Mark Falk, USMJ (by overnight mail)
      Jeffrey Dillon, Esq. (by electronic mail)
      Martin J. O'Leary, Esq. (by electronic mail)

WILMINGTON

ME1 12588814v.1