**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, New Jersey 07101-0652
(973) 622-4444
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------X
UNITED STATES MINERAL PRODUCTS :
COMPANY, d/b/a ISOLATEK
INTERNATIONAL, :

Plaintiff, :

vs. :  Civil Action No. 11-cv-05280 (WJM)
   **STIPULATION OF DISMISSAL WITH PREJUDICE**

WESTCHESTER FIRE INSURANCE :
COMPANY and ACE WESTCHESTER
SPECIALTY GROUP, :

Defendants. :
---------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED** by the parties, by and through their counsel, that this action be and hereby is dismissed pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), with prejudice and without costs, expenses, or attorneys' fees to any party.

| | |
|---|---|
| **SEDGWICK LLP** | **McCARTER & ENGLISH, LLP** |
| Attorneys for Defendants | Attorneys for Plaintiff |
| Westchester Fire Insurance Company and | United States Mineral Products |
| ACE Westchester Specialty Group | Company, d/b/a Isolatek International |
| By: _____ 2-14-12 | By: _____ 2/15/12 |
| Jeffrey W. Dillon | Steven H. Weisman |

ME1 12953602v.1